1  Katherine M. Basile (Bar No. 132518)
   HOWREY LLP
2  1950 University Avenue
   4th Floor
3  East Palo Alto, California  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3500

5  Susan M. Kayser (*Pro Hac Vice*)
   HOWREY LLP
6  1299 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
7  Telephone:  (202) 783-0800
   Facsimile:  (202) 727-1730

8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12
   THE NORTH FACE APPAREL CORP.,          )  Case No. C04 05029 JW (PVT)
13                                         )  ORDER GRANTING
               Plaintiff,                  )  **STIPULATED REQUEST FOR ORDER**
14                                         )  **CHANGING HEARING DATE**
         vs.                               )
15                                         )  Date:    September 11, 2006
   NORTHFACE HOLDINGS LLC and              )  **[NEW PROPOSED DATE: September 25,**
16 NORTHFACE UNIVERSITY, LLC,              )  **2006]**
                                           )  Time:    9:00 A.M.
17             Defendants.                 )  Judge:   Hon. James Ware
   _____)  Ctrm:    8, 4th FL
18

19

20         Pursuant to Civil Local Rule 6-2, Plaintiff, The North Face Apparel Corp., and Defendants,

21 Northface Holding LLC and Northface University, LLC, hereby submit this stipulated request for an

22 order changing the hearing date from September 11, 2006 to September 25, 2006, and the supporting

23 declaration of lead counsel for Plaintiff.

           Lead counsel for Plaintiff, Katherine Basile, has commitments that conflict with the currently
24
   scheduled hearing date of September 11, 2006.
25
           Counsel for Plaintiff informed counsel for Defendant of the scheduling conflict, and the parties
26
27 worked together to identify the next available, mutually agreeable hearing date.  That date is

28 September 25, 2006.

DM_US\8381606.v1

1    Neither party will be prejudiced by changing the date of the hearing to September 25, 2006.

2  Plaintiff has already filed its motion, and Defendant has already filed its opposition to Plaintiff's

3  motion.  If Plaintiff files a reply, it will be due no later than September 11, 2006.

4    This stipulation is submitted for the purpose of avoiding a scheduling conflict and not for any

5  improper purpose.

6

7    In view of the above, the parties stipulate to this request for an order changing the hearing date

8  from September 11, 2006 to September 25, 2006.

9                                    Respectfully submitted,

10                                   THE NORTH FACE APPAREL CORP.

11  Date: 8/28/06                    By: _Kathrun M Basil_

12                                   Name: _Katherine M. Basile_

13                                   Counsel for Plaintiff

14

15                                   NEUMONT UNIVERSITY
                                     (FKA NORTHFACE HOLDINGS, LLC and
16                                   NORTHFACE UNIVERSITY, LLC)

17  Date: August 28, 2006            By: _____

18                                   Name: _James B. Belshe_

19                                   Counsel for Defendant

20  PURSUANT TO THE STIPULATION,
21  IT IS SO ORDERED.

22

23  Date: 8/29/06                    _____
                                     James Ware
24                                   U.S. District Court Judge

25

26

27

28